UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

January 23, 2017

Rebecca Ann Solarz
KML Law Group PC
701 Market St Suite 5000
Philadelphia, PA 19106

RE: United States of America v. Maxcene Spence

CIVIL ACTION NO.: 16-5696

Dear Ms. Solarz:

A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by Defendant Maxcene Spence.

If such a pleading is not filed by the above named defendant on or before February 2, 2017 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by February 13, 2017 the court may enter an order dismissing the case against the above named defendant for lack of prosecution.

Very Truly Yours,

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail:   Maxcene Spence