UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 16-cv-05696-mak |
| v. | : | |
| MAXCENE SPENCE, | : | |
| Defendant. | : | |

ANSWER

FILED
FEB 0 8 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

1. Admitted.

2. Admitted.

3. Denied. I borrowed this money so long ago, I don't know what the correct amounts are. They took my whole income tax check years ago, it was several thousand dollars.

4. Denied. I got a call 24 years ago from someone about this debt. I was in labor with my son at that time. I told him I couldn't talk because I was in labor. Another time, I paid $100 to a collector. He told me they were putting my loan on hold until I returned to work. He said I didn't have to pay anything until then. I have never returned to work – I have been unemployed for over 20 years. I never returned to work because I am disabled.

FIRST DEFENSE - Disability

5. I am disabled. I have been disabled for over 20 years. I have not worked in about 20 years.

6. I believe I can get rid of my loan through a Total and Permanent Disability discharge. I am preparing the paperwork for this discharge.

2-7-17
Date

Maxcene Spence
Maxcene Spence

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 16-cv-05696-mak |
| v. | : | |
| MAXCENE SPENCE, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Maxcene Spence, certify that on ___2-8-17___, a copy of Defendant's Answer in the above matter was served by electronic means to:

Rebecca Ann Solarz, Esq.
KML Law Group, PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106
rsolarz@kmllawgroup.com

___2-7-17___
Date

___Maxcene Spence___
Maxcene Spence