## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-5696** |
| | : | |
| **MAXINE SPENCE** | : | |

### ORDER

**AND NOW**, this 14th day of February 2017, it is **ORDERED** an **INITIAL PRETRIAL CONFERENCE** shall be held on **Wednesday, March 1, 2017** at **12:30 P.M.**, in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED**:

1.      Plaintiff shall serve this Order upon the *pro se* Defendant by e-mail or Overnight mail delivery no later than **February 16, 2017** and file a Certificate of Service no later than **February 21, 2017**;

2.      The parties shall engage in early, ongoing and meaningful discovery planning proportional to the needs of your case including: <u>preparing a stipulation of undisputed facts</u> for the Court's review at the Initial Pretrial Conference and initially focusing discovery efforts on information relevant to the most important issues available from the most easily accessible sources;

3.      The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) within seven (7) days of the date of this Order;

4.      The discovery period, regardless of a pending motion, begins with this Order and the parties shall exchange written discovery requests **immediately**;

5.      After consultation with counsel for all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum,

<u>all</u> the information required in this Court's form Rule 26(f) Report (found on the Court website) on or before **Monday, February 27, 2017** ;

      6.     Lead trial counsel is required to appear at the conference. If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel.

      7.     Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss settlement, including authority from the clients to settle; and

      8.     Counsel and all parties must be familiar with this Court's Policies and Procedures at www.paed.uscourts.gov.

KEARNEY, J.