UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>vs.<br><br>MAXCENE SPENCE<br><br>    Defendant | CIVIL NO. 16-05696 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Initial Disclosures under Fed. R. Civ. P. 26(a) has been served by first class mail, postage pre-paid, upon the parties listed below on February 15, 2017.

MAXCENE SPENCE
5845 Rodman Street
Philadelphia, PA 19143

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6443