UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>MAXCENE SPENCE<br><br>        Defendant | CIVIL NO. 16-05696 |

**CERTIFICATE OF SERVICE**

  I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Order has been served by UPS Overnight mail delivery, upon the parties listed below on February 15, 2017.

    MAXCENE SPENCE
    5845 Rodman Street
    Philadelphia, PA 19143

        Respectfully submitted,

        KML Law Group, P.C.

        By: _____
        Rebecca A. Solarz, Esquire
        Pennsylvania Attorney I.D. No. 315936
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 825-6443

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1ZYX5903NT96166375 |
| **Service:** | UPS Next Day Air® |
| **Shipped/Billed On:** | 02/14/2017 |
| **Delivered On:** | 02/15/2017 9:26 A.M. |
| **Delivered To:** | PHILADELPHIA, PA, US |
| **Received By:** | REL 309 |
| **Left At:** | Front Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 02/15/2017 9:59 A.M. ET

Print This Page                                          Close Window