IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-5696 |
| MAXINE SPENCE | : | |

## ORDER

AND NOW, this 23rd day of February 2017, it is **ORDERED**:

1. This Court's February 14, 2017 Order (ECF Doc. No. 6) is **AMENDED** to reschedule the **INITIAL PRETRIAL CONFERENCE** to be held on **Tuesday, March 7, 2017** at **12:30 P.M.**, in Courtroom 5D, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. Plaintiff shall serve this Order upon the *pro se* Defendant by e-mail or Overnight mail delivery no later than **February 27, 2017** and file a Certificate of Service no later than **February 28, 2017**;

3. After consultation with counsel for all parties, Plaintiff's counsel shall complete and file with the Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum, all the information required in this Court's form Rule 26(f) Report (found on the Court website) on or before **Friday, March 3, 2017** ;

4. All other aspects of this Court's February 14, 2017 Order (ECF Doc. No. 6) remain in effect.

_____
KEARNEY, J.