UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>MAXCENE SPENCE<br><br>                    Defendant(s) | CIVIL NO. 16-05696 |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Order has been served by first class mail, postage pre-paid, upon the parties listed below on February 24, 2017.

MAXCENE SPENCE
5845 Rodman Street
Philadelphia, PA 19143

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 -- BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
rsolarz@kmllawgroup.com