IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 16-5696** |
| | : | |
| **MAXINE SPENCE** | : | |

## ORDER

**AND NOW**, this 3rd day of March 2017, upon consideration of the parties' consent to proceed to trial before a United States Magistrate Judge (ECF Doc. No. 12) and this Court's approval (ECF Doc. No. 13), it is **ORDERED** the **INITIAL PRETRIAL CONFERENCE** scheduled for **Wednesday, March 7, 2017** at **12:30 P.M.** is **ADJOURNED**.

_____
**KEARNEY, J.**