IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | NO. 16-5696 |
| MAXCENE SPENCE, | : | |
| Defendant. | : | |

## **NOTICE**

A telephone conference regarding the case status will be held on Friday, July 7, 2017 at 9:00 a.m.  Counsel for the Plaintiff is directed to initiate the call.  Judge Heffley can be reached at 267-299-7420.

        */s/ Sharon A. Hall-Moore*
        Sharon A. Hall-Moore
        Deputy Clerk
        Magistrate Judge Marilyn Heffley

Date:  June 2, 2017