IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | NO. 16-5696 |
| MAXCENE SPENCE, | : | |
| Defendant. | : | |

### O R D E R

AND NOW, this 7th day of July, 2017, upon Plaintiff's request and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the above action is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

*/s/ Marilyn Heffley*
HONORABLE MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE